UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Keith Emmer,

                            **Plaintiff,**

      -against-

City of New York, et al.,

                          **Defendants.**
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

05 CV 9993

     **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
          December 7, 2005

                        MICHAEL A. CARDOZO
                        Corporation Counsel
                            of the City of New York
                        Attorney for Defendant The City of New York
                        100 Church Street
                        New York, New York 10007
                        (212) 788-8683

                        By:    _____/s/_____
                             Jay A. Kranis (JK2576)
                             Senior Counsel
                             Special Federal Litigation Division

To:    Earl S. Ward, Esq. (EW2875)
        Attorney for Plaintiff
        545 Madison Avenue, 3rd Floor
        New York, NY 10022
        (212) 763-5070