UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
KEITH EMMER,

                        Plaintiff,
    -versus-                                               **05 CV 9993**

THE CITY OF NEW YORK, et al.

                        Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James Mirro hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
        December 7, 2005

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the City of New York
                                       *For Defendant The City of New York*


                            By: _____/s/_____
                                James Mirro (JM 2265)
                                Special Assistant Corporation Counsel
                                Special Federal Litigation
                                100 Church Street, Room 3-137
                                New York, New York 10007
                                212.788.8026 (ph)
                                212.788.9776 (fax)


cc: All Parties (by ECF)