



# MEMO ENDORSED

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**JAMES MIRRO**
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

April 28, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/06
```

Re:    *Pincus, et al. v. The City of New York, et al.* (05 CV 7575 (KMK)(JCF))
        *Cooper, et al. v. The City of New York, et al.* (05 CV 7576 (KMK)(JCF))
        *Miller, et al. v. The City of New York, et al.* (05 CV 7628 (KMK)(JCF))
        *Emmer, et al. v. The City of New York, et al.* (05 CV 9993 (KMK)(JCF))
        *Scharf, et al. v. The City of New York, et al.* (05 CV 10012 (KMK)(JCF))

*[handwritten: enter all cases]*

Dear Judge Francis:

       On behalf of plaintiffs and defendants, I write to request a modification of the Case Management Order ("CMO") in each of these cases. The parties currently are focused on the consolidated witness depositions, which are continuing apace. Both sides need additional time for other discovery. Accordingly, plaintiffs and defendants jointly request that the Court grant a 3-month extension on all remaining deadlines in the CMOs in these cases. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

*/s/ James Mirro*

James Mirro

cc:    Earl Ward (by fax)

*[handwritten: respect to Pincus, Cooper & Miller + denied with respect to Emmer + Scharf.]*

*[handwritten: 4/28/06 Application granted with SO ORDERED. James C. Francis IV USMJ]*